IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

**WESTWARD INVESTMENT PROPERTIES, L.L.C.,**
And
**TONY DEMARCO WEST,**
    *Plaintiffs,*                                Case No.: 6:21-cv-00012-EKD

v.                                                    NOTICE OF ACCEPTANCE

**TESLA, INC. d/b/a Tesla Motors, Inc.,**
    *Defendant.*

### **PLAINTIFFS' NOTICE OF ACCEPTANCE UNDER RULE 68(a)**

Now into court, through undersigned counsel, comes Plaintiffs Westward Investment Properties, L.L.C., and Tony DeMarco West, and accepts the Offer of Judgment propounded by Defendant Tesla under Federal Rule Civil Procedure 68 (a). (See, Exhibit 1). Undersigned counsel has provided notice to Defense counsel that Defendant's Offer of Judgment was accepted, and by filing this Notice of Acceptance through the Western District of Virginia ECF system, service of this Notice of Acceptance will be provided to Defendant. Pursuant to Federal Rule of Civil Procedure 68 (a), Plaintiffs request that judgment be entered for the agreed-upon sum.

                                            Respectfully submitted,

                                            Westward Investment Properties, LLC
                                            Tony DeMarco West

                                            By:*/s/ James B. Feinman*
                                                    James B. Feinman

{3633 / 001}

James B. Feinman (VSB No. 28125)
Blake K. Huddleston (VSB No. 93572)
James B. Feinman & Associates
P.O. Box 697
Lynchburg, Virginia 24505
Phone:  434-846-7603
Fax:  434-846-0158
jb@jfeinman.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that the Plaintiffs' Notice of Acceptance under Rule 68 (a), filed through the ECF system on April 22, 2021, will be sent electronically to the registered counsel as identified in the Notice of Electronic Filing.

                                              */s/ James B. Feinman*
                                              Of Counsel

{3633 / 001}