CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/25/2021
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| WESTWARD INVESTMENT PROPERTIES, LLC, *et al.*, </br> </br>  Plaintiff, </br> v. </br> </br> TESLA, INC., </br> </br>  Defendant. | Civil Action No. 6:21-cv-00012 </br> </br> By: Elizabeth K. Dillon </br>     United States District Judge |

**ORDER GRANTING MOTION TO ENTER JUDGMENT**

In this action, defendant made a Rule 68 offer of judgment that was accepted by the plaintiffs in the amount of $20,000, inclusive of attorney's fees and costs. (Dkt. No. 15.) Defendant has paid the settlement amount. Plaintiffs move for the entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. (Dkt. No. 16.) Defendant opposes this motion, filed a cross-motion for dismissal with prejudice, and requests an award of attorney's fees incurred in the opposition of what it calls an "unnecessary motion." (Dkt. No. 17.) The court held a hearing on these motions on June 17, 2021. (Dkt. No. 19.) At the hearing, plaintiffs made an oral motion for costs and attorney's fees.

For the reasons stated on the record at the hearing, the court will grant plaintiffs' motion for entry of judgment and deny defendant's cross-motion in opposition to the entry of judgment. The court will also deny both motions for attorney's fees and costs.

It is HEREBY ORDERED that:

1.   Plaintiffs' motion for judgment under Rule 68 (Dkt. No. 16) is GRANTED;

2.   Defendant's cross-motion for dismissal with prejudice (Dkt. No. 17) is DENIED;

3.  Both parties' motions for costs and fees are DENIED; and

4.  The Clerk of Court is directed to ENTER JUDGMENT pursuant to Rule 68 in the amount of $20,000, inclusive of attorney's fees and costs, and mark the judgment satisfied.

The Clerk is directed to transmit copies of this Order to all counsel of record.

Entered: June 25, 2021.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge